STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
ANDREW W. MORITZ (State Bar No. 191889)
MARCOS D. SASSO (State Bar No. 228905)
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959

Attorneys for Defendant
CITIBANK (SOUTH DAKOTA), N.A.



IT IS SO ORDERED
Judge James Ware

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSÉ DIVISION

| | |
|---|---|
| SHERYL MOULTON, <br><br> Plaintiff, <br><br> vs. <br><br> AMERICREDIT FINANCIAL SERVICES, INC., doing business in California as ACF FINANCIAL SERVICES, INC., TRANS UNION LLC, EQUIFAX INFORMATION SERVICES LLC, CITIBANK (SOUTH DAKOTA), N.A. and DOES 1-50 <br><br> Defendants. | Case No. C04-02485 JW (HRL) <br><br> The Honorable James Ware <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRE-TRIAL AND DISCOVERY DEADLINES** <br><br> Action Filed: June 23, 2004 <br> Amended Complaint Filed: April 20, 2005 |

50310692v1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRE-TRIAL AND DISCOVERY DEADLINES
CASE NO. C04-02485 JW (HRL)

## STIPULATION

WHEREAS, plaintiff Sheryl Moulton ("Plaintiff") filed the First Amended and Supplemental Complaint for Violation of 15 U.S.C. §1681 in this action on April 20, 2005 (the "Complaint") against defendants Americredit Financial Services, Inc., doing business in California as ACF Financial Services, Inc. ("AFSI"), Trans Union LLC ("Trans Union"), Equifax Information Services LLC ("Equifax") and Citibank (South Dakota), N.A. ("Citibank") (together, "Defendants");

WHEREAS, each of the Defendants have filed Answers to the Complaint;

WHEREAS, pursuant to this Court's Scheduling Order, dated August 15, 2005, the following deadlines are in effect: December 28, 2005 - last day to make disclosures of rebuttal experts; February 6, 2006 - last day for hearing on any motion objecting to expert testimony; and February 23, 2006 - deadline to complete depositions of expert witnesses.

WHEREAS, the current briefing schedule conflicts with pre-scheduled holiday vacations of various counsel involved in this action; and

WHEREAS, the parties have agreed to amend the following deadlines and dates:

- The last day to make disclosures of rebuttal experts shall be extended from December 28, 2005 to and including January 17, 2006;

- The last day for hearing on any motion objecting to expert testimony shall be extended from February 6, 2006 to and including March 3, 2006; and

- The last day to complete depositions of expert witnesses shall be extended from February 23, 2006 to and including March 31, 2006.

WHEREAS, good cause for the extension exists because, notwithstanding the conflicts presented by the coming holiday season, discovery is ongoing, the parties are not in a position to comply with the deadlines set by this Court in its Order of August 15, 2005, including with respect to expert discovery, and the extension of time will provide ample time for the large number of parties to address and resolve any issues pertaining to expert discovery.

1   IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, through their
2   respective counsel of record, that the following deadlines and dates shall be extended and
3   continued as follows:
4   • The last day to make disclosures of rebuttal experts shall be extended from December 28, 2005 to and including January 17, 2006;
5
6   • The last day for hearing on any motion objecting to expert testimony shall be extended from February 6, 2006 to and including March 3, 2006; and
7   • The last day to complete depositions of expert witnesses shall be extended from February 23, 2006 to and including March 31, 2006.
8   IT IS SO STIPULATED.
9
10  Dated: December 21, 2005         LAW OFFICE OF MARK R. REEDY
11                                    MARK R. REEDY
12
13                                    By: /s/ Mark R. Reedy
                                          Mark R. Reedy
14
                                      Attorneys for Plaintiff
15                                    SHERYL MOULTON
16
    Dated: December ___, 2005         STROOCK & STROOCK & LAVAN LLP
17                                    JULIA B. STRICKLAND
                                      ANDREW W. MORITZ
18                                    MARCOS D. SASSO
19
20                                    By: /s/ Andrew W. Moritz /mss
                                          Andrew W. Moritz
21
                                      Attorneys for Defendant
22                                    CITIBANK (SOUTH DAKOTA), N.A.
23
24
25
26
27
28

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086

50310692v1                          - 2 -
STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRE-TRIAL AND DISCOVERY DEADLINES
CASE NO. C04-02485 JW (HRL)

| | |
|---|---|
| Dated: December 21, 2005 | SEVERSON & WERSON<br>SCOTT J. HYMAN<br>ANDREA HENNINGSEN<br>ERIC J. GRIBBIN<br><br>By: _____/s/ Eric J. Gribbin_____<br>　　　　Eric J. Gribbin<br><br>Attorneys for Defendant<br>AMERICREDIT FINANCIAL SERVICES, INC. AND<br>ACF FINANCIAL SERVICES, INC. |
| Dated: December __, 2005 | KILPATRICK STOCKTON<br>AMY GREENSTEIN<br>BRENTON S. BEAN<br><br>By: _____<br>　　　　Amy Greenstein<br><br>Attorneys for Defendant<br>EQUIFAX INFORMATION SERVICES, INC. |
| Dated: December __, 2005 | CROWELL & MORING LLP<br>DONALD E. BRADLEY<br>JEREMY A. RHYNE<br><br>By: _____<br>　　　　Jeremy A. Rhyne<br><br>Attorneys for Defendant<br>TRANS UNION LLC |

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086

| | | |
|---|---|---|
| 1 | Dated: December __, 2005 | SEVERSON & WERSON |
| 2 | | SCOTT J. HYMAN |
| | | ANDREA HENNINGSEN |
| 3 | | ERIC J. GRIBBIN |
| 4 | | |
| 5 | | By: _____ |
| | | Eric J. Gribbin |
| 6 | | |
| 7 | | Attorneys for Defendant |
| | | AMERICREDIT FINANCIAL SERVICES, INC. AND |
| 8 | | ACF FINANCIAL SERVICES, INC. |
| 9 | | |
| 10 | Dated: December 22nd, 2005 | KILPATRICK STOCKTON |
| | | AMY GREENSTEIN |
| 11 | | BRENTON S. BEAN |
| 12 | | |
| 13 | | By: /s/ Amy Greenstein |
| 14 | | Amy Greenstein |
| 15 | | Attorneys for Defendant |
| 16 | | EQUIFAX INFORMATION SERVICES, INC. |
| 17 | | |
| 18 | Dated: December __, 2005 | CROWELL & MORING LLP |
| | | DONALD E. BRADLEY |
| 19 | | JEREMY A. RHYNE |
| 20 | | |
| 21 | | By: _____ |
| 22 | | Jeremy A. Rhyne |
| 23 | | Attorneys for Defendant |
| | | TRANS UNION LLC |

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086

1  Dated: December __, 2005          SEVERSON & WERSON
2                                     SCOTT J. HYMAN
3                                     ANDREA HENNINGSEN
                                      ERIC J. GRIBBIN
4

5                                     By: _____
                                              Eric J. Gribbin
6

7                                     Attorneys for Defendant
                                      AMERICREDIT FINANCIAL SERVICES,
8                                     INC. AND
                                      ACF FINANCIAL SERVICES, INC.
9

10 Dated: December __, 2005           KILPATRICK STOCKTON
                                      AMY GREENSTEIN
11                                    BRENTON S. BEAN
12

13                                    By: _____
                                              Amy Greenstein
14

15                                    Attorneys for Defendant
                                      EQUIFAX INFORMATION SERVICES,
16                                    INC.

17
                                      CROWELL & MORING LLP
18 Dated: December 21, 2005           DONALD E. BRADLEY
                                      JEREMY A. RHYNE
19

20

21                                    By: _____
                                              Jeremy A. Rhyne
22

23                                    Attorneys for Defendant
                                      TRANS UNION LLC
24

25

26

27

28

50310692v1
- 3 -
STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRE-TRIAL AND DISCOVERY DEADLINES
CASE NO. C04-02485 JW (HRL)

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the Stipulation between the parties, the following deadlines and dates shall be extended and continued as follows:

- The last day to make disclosures of rebuttal experts shall be extended from December 28, 2005 to and including January 17, 2006;

- The last day for hearing on any motion objecting to expert testimony shall be extended from February 6, 2006 to and including March 3, 2006; and

- The last day to complete depositions of expert witnesses shall be extended from February 23, 2006 to and including March 31, 2006.

**IT IS SO ORDERED.**

Dated: 12/28/05

_____
The Honorable James Ware
United States District Judge

50310692v1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRE-TRIAL AND DISCOVERY DEADLINES
CASE NO. C04-02485 JW (HRL)

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

    I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Suite 1800, Los Angeles, California 90067-3086.

    On **December 22, 2005**, I served the foregoing document(s) described as: **STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRE-TRIAL AND DISCOVERY DEADLINES** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **(VIA PERSONAL SERVICE)** By causing to be delivered the document(s) listed above to the person(s) at the address(es) set forth above.

☒ **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth below.

☐ **(VIA FACSIMILE)** By causing such document to be delivered to the office of the addressee via facsimile.

**(VIA OVERNIGHT DELIVERY)** By causing such envelope to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express or by a similar overnight delivery service.

    I declare under penalty of perjury that the above is true and correct (and that I am employed in or by the office of a member of the bar of this Court at whose direction the service was made).

    Executed on **December 22, 2005**, at Los Angeles, California.

| Lori Reed | _[Signature]_ |
|---|---|
| [Type or Print Name] | [Signature] |

50310692v1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRE-TRIAL AND DISCOVERY DEADLINES
CASE NO. C04-02485 JW (HRL)

## **SERVICE LIST**

| | |
|---|---|
| Mark R. Reedy, Esq.<br>**Law Office Of Mark R. Reedy**<br>1250 Oakmead Pkwy., Ste. 210<br>Sunnyvale, CA 94085-4037 | Attorney for Plaintiff |
| Scott J. Hyman<br>**Severson & Werson**<br>19100 Von Karman, Suite 700<br>Irvine, CA 92612 | Attorneys for Defendant<br>Americredit Financial Services, Inc. and<br>ACF Financial Services, Inc. |
| Andrea Henningsen<br>Eric J. Gribbin<br>**Severson & Werson**<br>One Embarcadero Center, Ste. 2600<br>San Francisco, CA 94111 | Attorneys for Defendant<br>Americredit Financial Services, Inc., and<br>ACF Financial Services, Inc. |
| Amy Greenstein<br>Brenton S. Bean<br>**Kilpatrick Stockton**<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309 | Attorneys for Defendant<br>Equifax Information Services, Inc. |
| Donald E. Bradley<br>Jeremy A. Rhyne<br>**Crowell & Moring LLP**<br>Three Park Plaza, 20th Floor<br>Irvine, CA 92614 | Attorneys for Defendant<br>Trans Union LLC |

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086

50310692v1

1