IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sheryl Moulton, | NO. C 04-02485 JW |
| Plaintiff(s), | **ORDER GRANTING MOTION TO SHORTEN TIME TO HEAR MOTION TO FILE SECOND AMENDED AND SUPPLEMENTAL COMPLAINT AND FOR EXTENSION OF DISCOVERY DEADLINE** |
| v. | |
| Americredit Financial Services, Inc et al., | |
| Defendant(s). | |

Plaintiff's motion to shorten time, filed January 17, 2006, is granted as unopposed. Plaintiff's motion to file a second amended and supplemental complaint and for an extension of the discovery deadline will be heard on February 6, 2006 at 9:00 a.m. Any opposition to Plaintiff's motion must be filed and served no later than January 31, 2006. Plaintiff's reply, if any, must be filed and served no later than February 2, 2006.

Dated: January 24, 2006              /s/James Ware
                                     JAMES WARE
                                     United States District Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amy Greenstein agreenstein@kilpatrickstockton.com
Andrea Hackett Henningsen ahh@severson.com
Andrew W. Moritz Amoritz@Stroock.com
Donald E. Bradley dbradley@crowell.com
Jeremy A. Rhyne jrhyne@crowell.com
Julia B. Strickland jstrickland@stroock.com
Mark Robert Reedy MReedy4684@aol.com
Scott J. Hyman sjh@severson.com
Steve W. Dollar nritz@eakdl.com

**Dated: January 24, 2006**              **Richard W. Wieking, Clerk**

                                         **By:   /s/JW Chambers**
                                                **Melissa Peralta**
                                                **Courtroom Deputy**