01 06 03:08p          OFFICE                                              555-555-5555              p.3
ROM :                              FAX NO. :                    Feb. 28 2006 03:33PM  P5

1  DATED: ~~Feb.~~ Mar. 1, 2006          I consent to this substitution.
2
3                                          ____Sheryl Moulton____
4                                          SHERYL MOULTON, PLAINTIFF
5
6  DATED: ~~Feb.~~ Mar. 1, 2006          I consent to this substitution.
7
8                                          ____Mark R Reedy____
                                           MARK R. REEDY
9                                          LAW OFFICE OF MARK R. REEDY
                                           (Former Attorney)
10
11
    IT IS SO ORDERED.
12
    DATED: Mar. 20, 2006
13
14                                         *IT IS SO ORDERED*
                                           *Judge James Ware*
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SUBSTITUTION OF ATTORNEY AND ORDER                                              2