*E-filed 6/16/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHERYL MOULTON,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICREDIT FINANCIAL SERVICES, INC., doing business in California as ACF FINANCIAL SERVICES, INC., TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, CITIBANK (SOUTH DAKOTA), N.A. AND DOES 1-50,<br><br>    Defendants.<br>_____/ | Case No. C04-02485 JW (HRL)<br><br>**ORDER SHORTENING TIME TO HEAR PLAINTIFF'S<br>(1) MOTION FOR A PROTECTIVE ORDER,<br>(2) MOTION TO STRIKE PLAINTIFF'S DEPOSITION TESTIMONY, AND<br>(3) MOTION FOR SANCTIONS** |

Plaintiff sues for violations of the Fair Credit Reporting Act, 15 U.S.C. §1681 et seq. Defendant Trans Union properly noticed hearings on its motion to compel plaintiff's deposition and motion for sanctions for June 27, 2006 at 10:00 a.m. This week, plaintiff moved (1) for a protective order, (2) to strike portions of her deposition testimony, and (3) for sanctions. Plaintiff noted on the cover sheets "Expedited Consideration Requested." Plaintiff noticed hearings on these motions for June 27, 2006 at 10:00 a.m. Although plaintiff did not specifically request an order shortening time, the court treats as such the request for expedited consideration. The motions will be heard on **Tuesday, June 27, 2006 at 10:00 a.m.** in Courtroom 2, at the United States Courthouse, 280 S. First Street in San Jose, California. Any

opposition shall be served and filed by **Wednesday, June 21, 2006 at 5:00 p.m.**.  Any reply to an opposition shall be served and filed by **Friday, June 23, 2006 at 5:00 p.m.**

**IT IS SO ORDERED.**

Dated:  6/16/06

/s/  Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE