IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sheryl Moulton, | NO. C 04-02485 JW |
| Plaintiff, | |
| v. | **ORDER CONTINUING HEARING ON MOTION TO AMEND** |
| Americredit Financial Services, Inc., et al., | |
| Defendants. | |

On June 26, 2006, Plaintiff filed a Motion to Amend (Docket Item No. 197) noticed for hearing on June 27, 2006. Local Rule 7-2 requires that all motions be noticed for hearing not less than 35 days after service of the motion. The hearing on Plaintiff's Motion to Amend noticed for June 27, 2006 is continued to September 18, 2006 at 9:00 a.m.

Dated: June 26, 2006                   /s/ James Ware
04eciv2485ctdhearing                   JAMES WARE
                                       United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amy Greenstein agreenstein@kilpatrickstockton.com
Andrea Hackett Henningsen ahh@severson.com
Andrew W. Moritz Amoritz@Stroock.com
Donald E. Bradley d.bradley@mpglaw.com
Eric J. Gribbin ejg@severson.com
Julia B. Strickland jstrickland@stroock.com
Marcos D. Sasso msasso@stroock.com
Scott J. Hyman sjh@severson.com
Sheryl Ann Moulton ideasvc@hotmail.com
Steve W. Dollar nritz@eakdl.com

**Dated: June 26, 2006**                                    **Richard W. Wieking, Clerk**

**By:_/s/ JW Chambers_____**
   **Melissa Peralta**
   **Courtroom Deputy**