IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sheryl Moulton, | NO. C 04-02485 JW |
| Plaintiff, | **ORDER ASSIGNING CASE TO ASSISTED SETTLEMENT CONFERENCE PROGRAM** |
| v. | |
| Americredit Financial Services, Inc., et al., | |
| Defendants. | |

On June 27, 2006, the parties appeared before Magistrate Judge Lloyd for hearing on several discovery motions. Plaintiff informed Judge Lloyd that she is interested in a settlement conference. Defendants expressed a similar interest. Since Plaintiff is pro se, the Court refers Plaintiff to the court's pilot Assisted Settlement Conference Program.

Based on the Court's review of the Plaintiff's Declaration in Support of Application for Assignment to the Assisted Settlement Conference Program (attached), the record in this case, and Plaintiff's acknowledgment of the limited representation to be provided by Settlement Counsel,

IT IS HEREBY ORDERED:

1. That the case be assigned to the Assisted Settlement Conference Program and a settlement conference shall take place in accordance with the Alternative Dispute Resolution Local Rules of this court;

2. That Settlement Counsel shall be appointed for the limited purpose of representing the unrepresented party in the preparation for a settlement conference in this case; and

3. The Settlement Conference shall take place no later than August 28, 2006.

Dated:  June 28, 2006

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amy Greenstein agreenstein@kilpatrickstockton.com
Andrea Hackett Henningsen ahh@severson.com
Andrew W. Moritz Amoritz@Stroock.com
Donald E. Bradley d.bradley@mpglaw.com
Eric J. Gribbin ejg@severson.com
Julia B. Strickland jstrickland@stroock.com
Marcos D. Sasso msasso@stroock.com
Scott J. Hyman sjh@severson.com
Sheryl Ann Moulton ideasvc@hotmail.com
Steve W. Dollar nritz@eakdl.com

**Dated: June 28, 2006**                    **Richard W. Wieking, Clerk**

                                            **By:   /s/ JW Chambers**
                                                **Melissa Peralta**
                                                **Courtroom Deputy**