*E-filed 7/19/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHERYL MOULTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICREDIT FINANCIAL SERVICES, INC., doing business in California as ACF FINANCIAL SERVICES, INC., TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, CITIBANK (SOUTH DAKOTA), N.A. AND DOES 1-50,<br><br>　　　　Defendants.<br>_____ / | Case No. C04-02485 JW (HRL)<br><br>**ORDER SETTING EXPEDITED BRIEFING DATES FOR DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S DEPOSITION** |

　　Plaintiff sues for violations of the Fair Credit Reporting Act, 15 U.S.C. §1681 et seq. Defendant Equifax Information Services LLC ("Equifax") moves to compel plaintiff's continued deposition. Defendant AmeriCredit Financial Services, Inc. joins in this motion. Equifax noted on the cover sheet of its motion "Request for Expedited Hearing." Equifax properly noticed a hearing for September 11, 2006 but asks the court to decide the motion before July 27, 2006. Although Equifax did not properly request an order shortening time pursuant to Civil Local Rule 6-3, the court will decide this dispute on an expedited basis. Plaintiff shall serve and file any opposition by **Monday, July 24, 2006 at 5 p.m.** Any reply to an opposition shall be served

///

and filed by **Wednesday, July 26, 2006 at 9 a.m.**  The court will take the matter under submission without oral argument.

**IT IS SO ORDERED.**

Dated: 7/19/06                  /s/  Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

Donald E. Bradley d.bradley@mpglaw.com, k.reisner@mpglaw.com

Steve W. Dollar nritz@eakdl.com

Amy Greenstein agreenstein@kilpatrickstockton.com, speltier@kilpatrickstockton.com

Eric J. Gribbin ejg@severson.com, mcl@severson.com

Andrea Hackett Henningsen ahh@severson.com, axo@severson.com; ejg@severson.com; mcl@severson.com

Scott J. Hyman sjh@severson.com, nla@severson.com; dhd@severson.com; ejg@severson.com

Andrew W. Moritz Amoritz@Stroock.com, jsepko@stroock.com

Sheryl Ann Moulton ideasvc@hotmail.com

Marcos D. Sasso msasso@stroock.com

Julia B. Strickland jstrickland@stroock.com,

\* Counsel are responsible for providing copies of this order to co-counsel who have not registered under the Court's ECF system.

A courtesy copy will be mailed to:

Christopher J. Battersby
Musick, Peeler & Garrett LLP
650 Town Center Drive, Suite 1200
Costa Mesa, Ca 92626-1925

Brenton S. Bean
Kilpatrick Stockton LLP
Suite 2800
1100 Peachtree Street
Atlanta, GA 30309

Dated: 7/19/06                                  /s/ JMM
                                    Chambers of Magistrate Judge Howard R. Lloyd