1  **MUSICK, PEELER & GARRETT** LLP
   ATTORNEYS AT LAW
2  650 TOWN CENTER DRIVE, SUITE 1200
   COSTA MESA, CALIFORNIA 92626-1925
   TELEPHONE 714-668-2447
3  FACSIMILE 714-668-2490

4  Donald E. Bradley (State Bar No. 145037)
   d.bradley@mpglaw.com
5  Christopher J. Battersby (State Bar No. 214234)
   c.battersby@mpglaw.com

6  Attorneys for TRANS UNION LLC

7

8                   **UNITED STATES DISTRICT COURT**

9                 **NORTHERN DISTRICT OF CALIFORNIA**

10

11  SHERYL MOULTON,                    | Case No. C04-02485 JW (HRL)

12          Plaintiff,                 | Complaint Filed:  June 23, 2004

13      vs.                            | **STIPULATION AND [PROPOSED]
                                         ORDER RE: EXTENSION OF THE**
14  AMERICREDIT FINANCIAL               **SETTLEMENT CONFERENCE**
    SERVICES, INC., ACF FINANCIAL       **DEADLINE**
15  SERVICES, INC., EXPERIAN
    INFORMATION SOLUTIONS, INC.,
16  TRANS UNION LLC, EQUIFAX,
    D/B/A EQUIFAX CREDIT
17  INFORMATION SERVICES, INC.,
    EQUIFAX INFORMATION
18  SERVICES, INC., DOES 1-10,

19          Defendants.

20

21

22  THE DEFENDANTS HERETO, BY AND THROUGH THEIR ATTORNEYS OF

23  RECORD, JOINTLY STIPULATE AS FOLLOWS:

24

25                        **RECITALS**

26      WHEREAS on June 27, 2006, the parties appeared before Magistrate

27  Judge Lloyd for the hearing on various discovery motions.  Plaintiff Sheryl Moulton

28  informed Judge Lloyd that she was interested in a settlement conference.

488862.1                        1

1    WHEREAS on June 28, 2006, the Court assigned this case to the

2  Assisted Settlement Conference Program.  The Court ordered the Settlement

3  Conference to take place by August 28, 2006.

4    WHEREAS the parties subsequently received a letter dated June 29,

5  2006 from an ADR Program Administrative Assistant, which gave notice that a

6  telephone conference had been scheduled for July 17, 2006 to discuss referral to the

7  Assisted Settlement Conference Program.

8    WHEREAS counsel for Defendants Americredit Financial Services,

9  Inc., Equifax Information Solutions LLC, Citibank (South Dakota), N.A. and Trans

10  Union LLC (collectively, "Defendants") attended a joint telephone conference with

11  ADR Program Staff Attorney Robin Siefkin on July 17, 2006.  Plaintiff did not

12  attend that conference although Defendants are informed that Ms. Siefkin attempted

13  to contact Plaintiff for the conference.

14    WHEREAS on July 17, 2006, ADR Program Staff Attorney Robin

15  Siefkin informed Defendants that the Settlement Conference could not take place by

16  August 28, 2006 due to scheduling concerns.  Ms. Siefkin suggested that the

17  Defendants prepare a stipulation and order extending the completion deadline by

18  two months.

19  ### STIPULATION

20    IT IS HEREBY STIPULATED by and between the Defendants to the

21  above-entitled action, acting through their respective attorneys of record, that

22  the Settlement Conference completion deadline should be extended by two months

23  to accommodate the ADR Program's schedule.

24  DATED:  August __7__, 2006       MUSICK, PEELER & GARRETT LLP

25

26                                   By

27                                   Christopher J. Battersby
                                     Attorneys for TRANS UNION LLC

28

MUSICK, PEELER
& GARRETT LLP

ATTORNEYS AT LAW

488862.1

2

STIPULATION AND [PROPOSED] ORDER

1
2
DATED: ~~July~~ August 3, 2006            KILPATRICK STOCKTON

3                                         By: _Amy Greenstein (signature)_
4                                            Amy Greenstein
                                             Attorneys for EQUIFAX INFORMATION
5                                            SERVICES, INC.

6
DATED: July , 2006                        SEVERSON & WERSON
7

8                                         By: _____
9                                            Andrea Heningsen
                                             Attorneys for AMERICREDIT
10                                           FINANCIAL SERVICES, INC.

11
DATED: July , 2006                        STROOCK & STROOCK & LAVAN, LLP
12

13                                        By: _____
14                                           Andrew W. Moritz
                                             Attorneys for CITIBANK (SOUTH
15                                           DAKOTA) N.A.

16

17

18                                        **ORDER**

19          Having read and considered the foregoing joint stipulation of the

20  parties, and good cause appearing, it is hereby ordered:

21          The settlement conference completion deadline of August 28, 2006 is

22  continued to _October 30_____, 2006.

23

24  **IT IS SO ORDERED**

25

26  Dated: _August 10, 2006_____      _James Ware (signature)_
27                                        The Honorable James Ware
                                          United States District Judge
28

1

DATED: July  , 2006                   KILPATRICK STOCKTON

2

3

                                      By:_____

4                                         Amy Greenstein
                                          Attorneys for EQUIFAX INFORMATION
5                                         SERVICES, INC.

6                    8/4
DATED: July  , 2006                   SEVERSON & WERSON

7

8                                     By:_____

9                                         Andrea Heningsen
                                          Attorneys for AMERICREDIT
10                                        FINANCIAL SERVICES, INC.

11

DATED: July  , 2006                   STROOCK & STROOCK & LAVAN, LLP

12

13

                                      By:_____

14                                        Andrew W. Moritz
                                          Attorneys for CITIBANK (SOUTH
15                                        DAKOTA) N.A.

16

17

18                                            ORDER

19          Having read and considered the foregoing joint stipulation of the

20  parties, and good cause appearing, it is hereby ordered:

21          The settlement conference completion deadline of August 28, 2006 is

22  continued to _____, 2006.

23

24  IT IS SO ORDERED

25

26  Dated: _____

27                                    _____
                                      The Honorable James Ware
28                                    United States District Judge

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW   488862.1                           3
                                             STIPULATION AND [PROPOSED] ORDER

1  DATED: July   , 2006          KILPATRICK STOCKTON

2

3                                 By:_____

4                                    Amy Greenstein
                                     Attorneys for EQUIFAX INFORMATION
5                                    SERVICES, INC.

6  DATED: July   , 2006          SEVERSON & WERSON

7

8                                 By:_____

9                                    Andrea Heningsen
                                     Attorneys for AMERICREDIT
10                                   FINANCIAL SERVICES, INC.

11 DATED: July   , 2006          STROOCK & STROOCK & LAVAN, LLP
                    ~August 4,

12

13                                 By:_____

14                                   Andrew W. Moritz
                                     Attorneys for CITIBANK (SOUTH
15                                   DAKOTA) N.A.

16

17

18                           **ORDER**

19        Having read and considered the foregoing joint stipulation of the

20 parties, and good cause appearing, it is hereby ordered:

21        The settlement conference completion deadline of August 28, 2006 is

22 continued to _____, 2006.

23

24 **IT IS SO ORDERED**

25

26 Dated: _____        _____

27                                The Honorable James Ware
                                  United States District Judge
28

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW    488862.1                3        **STIPULATION AND [PROPOSED] ORDER**

1

DATED:  July   , 2006                    KILPATRICK STOCKTON

2

3

By:_____

4
                                        Amy Greenstein
                                        Attorneys for EQUIFAX INFORMATION
5                                       SERVICES, INC.

6

DATED:  July   , 2006                    SEVERSON & WERSON

7

8

By:_____

9
                                        Andrea Heningsen
                                        Attorneys for AMERICREDIT
10                                      FINANCIAL SERVICES, INC.

11

DATED:  July   , 2006                    STROOCK & STROOCK & LAVAN, LLP

12

13

By:_____

14
                                        Andrew W. Moritz
                                        Attorneys for CITIBANK (SOUTH
15                                      DAKOTA) N.A.

16

17

18                                     **ORDER**

19             Having read and considered the foregoing joint stipulation of the

20   parties, and good cause appearing, it is hereby ordered:

21             The settlement conference completion deadline of August 28, 2006 is

22   continued to _____, 2006.

23

24   **IT IS SO ORDERED**

25

26   Dated:  _____         _____

27                                      The Honorable James Ware
                                        United States District Judge
28

MUSICK, PEELER
& GARRETT LLP

ATTORNEYS AT LAW

# PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is 650 Town Center Drive, Suite 1200, Costa Mesa, California 92626-1925.

On August 8, 2006, I served the foregoing document(s) described as **STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF THE SETTLEMENT CONFERENCE DEADLINE** on the interested parties in this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

**See Attached List**

☒   **BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Costa Mesa, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒   **BY FACSIMILE TRANSMISSION.** I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein. The facsimile machine used complies with Rule 2003 and no error was reported by the machine. Pursuant to Rule 2008(e), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

☒   **BY FEDERAL EXPRESS.** I caused such envelope to the deposited at the Federal Express office at Costa Mesa, California for guaranteed one/two day delivery with delivery charges prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for delivery by Federal Express delivery service. Under that practice, it would be deposited with the delivery service on that same day with delivery charges thereon fully prepaid at Costa Mesa, California in the ordinary course of business for delivery to the addressee.

Executed on August 8, 2006, at Costa Mesa, California.

☒   **(Federal)**   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Shelah Spiegel

1

### SERVICE LIST

2

**<u>VIA FEDERAL EXPRESS:</u>**

3

Sheryl Moulton
1000 Beck St., #366

4

Reno, NV 89509

5

**<u>VIA FACSIMILE & U.S. MAIL:</u>**          Amy Greenstein
                                              Brenton S. Bean

6

Eric J. Gribbin                               Kilpatrick Stockton LLP
Andrea Hackett Heningsen                      1100 Peachtree, Ste. 2800

7

Scott J. Hyman                                Atlanta, GA 30309
Regina Jill McClendon                         Fax: 404-541-3314

8

Severson & Werson
One Embarcadero Center, Ste. 2600

9

San Francisco, CA 94111
Fax: 415-956-0439

10

Steve W. Dollar                               Julia B. Strickland

11

Ericksen Arbuthnot Kilduff Day & Lind         Marcos D. Sasso
152 N. Third St., Ste. 700                    Andrew W. Moritz

12

San Jose, CA 95112                            Stroock & Stroock & Lavan
Fax: 408-286-0337                             2029 Century Park East, Ste. 1800

13

                                              Los Angeles, CA 90067
                                              Fax: 310-556-5959

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MUSICK, PEELER
& GARRETT LLP

ATTORNEYS AT LAW

488862.1

5

**STIPULATION AND [PROPOSED] ORDER**