MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE 714-668-2445
FACSIMILE 714-668-2490

Donald E. Bradley (State Bar No. 145037)
Christopher J. Battersby (State Bar No. 214234)

Attorneys for Defendant
TRANS UNION LLC



GRANTED
Judge James Ware

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERYL MOULTON,<br><br>  Plaintiff,<br><br>vs.<br><br>AMERICREDIT FINANCIAL SERVICES, INC., ACF FINANCIAL SERVICES, INC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, EQUIFAX, D/B/A EQUIFAX CREDIT INFORMATION SERVICES, INC., EQUIFAX INFORMATION SERVICES, INC, DOES 1-10,<br><br>  Defendants. | Case No. CV 04 02485 JW<br><br>Complaint Filed: June 23, 2004<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT TRANS UNION LLC'S EX PARTE MOTION FOR RELIEF FROM THE DISPOSITIVE MOTION HEARING DATE<br><br>Pending Hearing:<br>DATE:   Not Assigned<br>TIME:   Not Assigned<br>DEPT:   Not Assigned |

Defendant Trans Union LLC's *ex parte* motion for relief from the dispositive motion hearing date was filed on August 9, 2006. The Court has considered the moving papers, and has determined that the motion is suitable for decision without oral argument.

493638.1

IT IS HEREBY ORDERED that Trans Union LLC's motion for relief from the dispositive motion deadline is granted, and that the last date for hearing dispositive motions will be ___Monday, October 30___, 2006.

Dated: ___August 23___, 2006

*[signature]*
Honorable James Ware
Judge of the United States District Court
for the Northern District of California

493638.1   -2-
[PROPOSED] ORDER GRANTING DEFENDANT TRANS UNION LLC'S EX PARTE MOTION FOR RELIEF FROM THE DISPOSITIVE MOTION HEARING DATE

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW