IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sheryl Moulton,<br><br>　　　　Plaintiff,<br>　v.<br><br>Americredit Financial Services, Inc. et al.,<br><br>　　　　Defendants.<br>_____/ | NO. C 04-02485 JW<br><br>**ORDER CONTINUING ALL DISPOSITIVE MOTIONS** |

In light of Plaintiff's Third Motion to Amend/Correct Complaint noticed for hearing on September 18, 2006, the Court continues the hearing on all dispositive motions to Monday, October 30, 2006. According, Defendants Equifax, Trans Union, and Americredit's motions for summary judgment is continued to **October 30, 2006 at 9 a.m.**

Dated: August 23, 2006

　　　　　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amy Greenstein agreenstein@kilpatrickstockton.com
Andrea Hackett Henningsen ahh@severson.com
Andrew W. Moritz Amoritz@Stroock.com
Christopher Jason Battersby c.battersby@mpglaw.com
Donald E. Bradley d.bradley@mpglaw.com
Eric J. Gribbin ejg@severson.com
Julia B. Strickland jstrickland@stroock.com
Marcos D. Sasso msasso@stroock.com
Scott J. Hyman sjh@severson.com
Sheryl Moulton sherylmoulton@sbcglobal.net
Sheryl Ann Moulton ideasvc@hotmail.com
Steve W. Dollar nritz@eakdl.com

Dated: August 23, 2006                                   Richard W. Wieking, Clerk

**By:   /s/ JW Chambers**
         **Courtroom Deputy**

**United States District Court**
For the Northern District of California