IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sheryl Moulton, | NO. C 04-02485 JW |
| Plaintiff, | **ORDER APPOINTING SETTLEMENT COUNSEL** |
| v. | |
| Americredit Financial Services, Inc., et al., | |
| Defendants. | |

The court having ordered that this case be assigned to the Assisted Settlement Conference Program, and an unrepresented party having requested and being in need of counsel to assist him or her in the settlement conference, and a volunteer attorney willing to be appointed for the limited purpose of representing the unrepresented party in the settlement conference having been located by the court,

IT IS HEREBY ORDERED THAT:

**Jordan Jones** is appointed Settlement Counsel. This appointment shall be pursuant to the terms of the Declaration in Support of Application for Assignment to the Assisted Settlement Conference Program. This appointment and limited representation shall end upon the completion of the settlement conference and any follow-up activities ordered by the settlement judge.

Settlement Counsel shall notify the court promptly upon the completion of the settlement conference and any follow-up activities. The court shall then issue an order relieving the Settlement Counsel from his or her limited representation of the unrepresented party.

Dated: September 12, 2006

_James Ware_
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amy Greenstein agreenstein@kilpatrickstockton.com
Andrea Hackett Henningsen ahh@severson.com
Andrew W. Moritz Amoritz@Stroock.com
Donald E. Bradley d.bradley@mpglaw.com
Eric J. Gribbin ejg@severson.com
Julia B. Strickland jstrickland@stroock.com
Marcos D. Sasso msasso@stroock.com
Scott J. Hyman sjh@severson.com
Sheryl Ann Moulton ideasvc@hotmail.com
Steve W. Dollar nritz@eakdl.com

Jordan Jones
Townsend and Townsend and Crew LLP
379 Lytton Avenue
Palo Alto, CA 94301

**Dated: September 12, 2006**            **Richard W. Wieking, Clerk**

                                         **By:   /s/ JW Chambers**
                                         **Elizabeth Garcia**
                                         **Courtroom Deputy**

**United States District Court**
For the Northern District of California