IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sheryl Moulton, | NO. C 04-02485-JW |
| Plaintiff, | **ORDER VACATING HEARING ON PLAINTIFF'S THIRD MOTION TO AMEND/CORRECT COMPLAINT** |
| v. | |
| Americredit Financial Services, Inc., et al., | |
| Defendants. | |

The Court deems Plaintiff's Third Motion to Amend/Correct Complaint appropriate for submission on the papers without oral arguments. See Civ. L.R. 7-1(b). Accordingly, the hearing on September 18, 2006 is vacated.

Dated: September 14, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amy Greenstein agreenstein@kilpatrickstockton.com
Andrea Hackett Henningsen ahh@severson.com
Andrew W. Moritz Amoritz@Stroock.com
Christopher Jason Battersby c.battersby@mpglaw.com
Donald E. Bradley d.bradley@mpglaw.com
Eric J. Gribbin ejg@severson.com
Julia B. Strickland jstrickland@stroock.com
Marcos D. Sasso msasso@stroock.com
Scott J. Hyman sjh@severson.com
Sheryl Moulton sherylmoulton@sbcglobal.net
Sheryl Ann Moulton ideasvc@hotmail.com
Steve W. Dollar nritz@eakdl.com

Dated:   September 14, 2006			Richard W. Wieking, Clerk

					By:  /s/ JW Chambers
					    **Elizabeth Garcia**
					    **Courtroom Deputy**

United States District Court
For the Northern District of California