**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE 714-668-2447
FACSIMILE 714-668-2490

Donald E. Bradley (State Bar No. 145037)
d.bradley@mpglaw.com
Christopher J. Battersby (State Bar No. 214234)
c.battersby@mpglaw.com

Attorneys for TRANS UNION LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERYL MOULTON, | Case No. C04-02485 JW (HRL) |
| Plaintiff, | Complaint Filed: June 23, 2004 |
| vs. | **STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF THE SETTLEMENT CONFERENCE DEADLINE AND THE PRELIMINARY PRETRIAL CONFERENCE STATEMENT DEADLINE** |
| AMERICREDIT FINANCIAL SERVICES, INC., ACF FINANCIAL SERVICES, INC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, EQUIFAX, D/B/A EQUIFAX CREDIT INFORMATION SERVICES, INC., EQUIFAX INFORMATION SERVICES, INC., DOES 1-10, | |
| Defendants. | |

THE DEFENDANTS HERETO, BY AND THROUGH THEIR ATTORNEYS OF RECORD, JOINTLY STIPULATE AS FOLLOWS:

## RECITALS

WHEREAS on June 28, 2006, the Court assigned this case to the Assisted Settlement Conference Program. The Court ordered a settlement conference to take place by August 28, 2006, and subsequently extended the deadline until October 30, 2006. The extension was based on the Defendants'

1  stipulation (filed on August 8, 2006), which set forth scheduling concerns expressed
2  by the ADR Program Staff Attorney.
3          WHEREAS on October 10, 2006, the Court referred the case to
4  Magistrate Judge Richard Seeborg for settlement.
5          WHEREAS on October 17, 2006, the Defendants learned that Judge
6  Seeborg is unavailable for a settlement conference until November, 2006, such that
7  the conference cannot take place prior to the October 30, 2006 deadline.
8          WHEREAS each of the Defendants have filed summary judgment
9  motions, which are scheduled to be heard on October 30, 2006.
10         WHEREAS, based on the Scheduling Order, the deadline for
11 preliminary pretrial conference statements is currently October 20, 2006 – prior to
12 the Court's ruling on the Defendants' motions for summary judgment.  Therefore,
13 the parties would not know which claims, if any, will remain in the action.

## STIPULATION

15         It is hereby stipulated by and between the Defendants to the above-
16 entitled action, acting through their respective attorneys of record, that
17 the settlement conference completion deadline should be extended by two months to
18 accommodate Magistrate Judge Seeborg's schedule.
19         It is hereby further stipulated that the deadline for pretrial conference
20 statements should be extended by two months or vacated, to allow the Court to first
21 rule on Defendants' motions for summary judgment.

DATED: October 18, 2006         MUSICK, PEELER & GARRETT LLP

                                By: /s/ Christopher J. Battersby
                                Christopher J. Battersby
                                Attorneys for TRANS UNION LLC

1

2  DATED: October , 2006          KILPATRICK STOCKTON

3

4                                  By: /s/ Amy Greenstein
                                        Amy Greenstein
5                                       Attorneys for EQUIFAX INFORMATION
                                        SERVICES, INC.
6
   DATED: October , 2006          SEVERSON & WERSON
7

8

9                                  By: _____
                                        Scott Hyman
10                                      Attorneys for AMERICREDIT
                                        FINANCIAL SERVICES, INC.

11 DATED: October , 2006          STROOCK & STROOCK & LAVAN, LLP

12

13                                 By: _____
                                        Andrew W. Moritz
14                                      Attorneys for CITIBANK (SOUTH
                                        DAKOTA) N.A.
15
                                        **ORDER**
16
            Having read and considered the foregoing joint stipulation of the
17
   parties, and good cause appearing, it is hereby ordered:
18
            (1)    The settlement conference completion deadline of October 30,
19
   2006 is continued to _____, 2006; and
20
            (2)    The preliminary pretrial conference statement deadline of
21
   October 20, 2006 is continued to _____, 2006;
22
                                        OR
23
            The preliminary pretrial conference statement deadline of
24
   October 20, 2006 is vacated.
25
   **IT IS SO ORDERED**
26
   Dated: _____
27
                                        _____
                                        The Honorable James Ware
28                                      United States District Judge

MUSICK PEELER
& GARRETT LLP
ATTORNEYS AT LAW

502761.1                                    3
                                                    STIPULATION AND [PROPOSED] ORDER

DATED: October   , 2006         KILPATRICK STOCKTON

By:_____
Amy Greenstein
Attorneys for EQUIFAX INFORMATION SERVICES, INC.

DATED: October   , 2006         SEVERSON & WERSON

By: /s/ Scott Hyman
Scott Hyman
Attorneys for AMERICREDIT FINANCIAL SERVICES, INC.

DATED: October   , 2006         STROOCK & STROOCK & LAVAN, LLP

By:_____
Andrew W. Moritz
Attorneys for CITIBANK (SOUTH DAKOTA) N.A.

### ORDER

Having read and considered the foregoing joint stipulation of the parties, and good cause appearing, it is hereby ordered:

(1) The settlement conference completion deadline of October 30, 2006 is continued to _____, 2006; and

(2) The preliminary pretrial conference statement deadline of October 20, 2006 is continued to _____, 2006;

OR

The preliminary pretrial conference statement deadline of October 20, 2006 is vacated.

**IT IS SO ORDERED**

Dated: _____          _____
                                         The Honorable James Ware
                                         United States District Judge

DATED: October   , 2006      KILPATRICK STOCKTON

By:_____
Amy Greenstein
Attorneys for EQUIFAX INFORMATION
SERVICES, INC.

DATED: October   , 2006      SEVERSON & WERSON

By:_____
Scott Hyman
Attorneys for AMERICREDIT
FINANCIAL SERVICES, INC.

DATED: October 18, 2006      STROOCK & STROOCK & LAVAN, LLP

By: /s/ Andrew W. Moritz
Andrew W. Moritz
Attorneys for CITIBANK (SOUTH
DAKOTA) N.A.

## ORDER

Having read and considered the foregoing joint stipulation of the parties, and good cause appearing, it is hereby ordered:

(1)   The settlement conference completion deadline of October 30, 2006 is continued to _____, 2006; and

(2)   The preliminary pretrial conference statement deadline of October 20, 2006 is continued to _____, 2006;

OR

The preliminary pretrial conference statement deadline of October 20, 2006 is vacated.

**IT IS SO ORDERED**

Dated: _____      _____
The Honorable James Ware
United States District Judge

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

502761.1                               3

STIPULATION AND [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: October   , 2006 | KILPATRICK STOCKTON |
| 3 | | |
| 4 | | By:_____ |
| 5 | | Amy Greenstein<br>Attorneys for EQUIFAX INFORMATION SERVICES, INC. |
| 6 | DATED: October   , 2006 | SEVERSON & WERSON |
| 7 | | |
| 8 | | |
| 9 | | By:_____<br>Scott Hyman |
| 10 | | Attorneys for AMERICREDIT FINANCIAL SERVICES, INC. |
| 11 | DATED: October   , 2006 | STROOCK & STROOCK & LAVAN, LLP |
| 12 | | |
| 13 | | By:_____<br>Andrew W. Moritz |
| 14 | | Attorneys for CITIBANK (SOUTH DAKOTA) N.A. |

## ORDER

Having read and considered the foregoing joint stipulation of the parties, and good cause appearing, it is hereby ordered:

(1) The settlement conference completion deadline of October 30, 2006 is continued to ___November 20___, 2006; and

(2) The preliminary pretrial conference ~~statement deadline of~~ on October ~~20~~ **30**, 2006 is continued to ___November 27___, 2006;

OR

~~The preliminary pretrial conference statement deadline of October 20, 2006 is vacated.~~

**IT IS SO ORDERED**

Dated: ___10/20/2006___                         _/s/ James Ware_____
                                                The Honorable James Ware
                                                United States District Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is 650 Town Center Drive, Suite 1200, Costa Mesa, California 92626-1925.

On October 18, 2006, I served the foregoing document(s) described as **STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF THE SETTLEMENT CONFERENCE DEADLINE AND THE PRELIMINARY PRETRIAL CONFERENCE STATEMENT DEADLINE** on the interested parties in this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

**See Attached List**

☒ **BY E-SERVICE.** I caused such documents to be e-filed with the court who then serves such document via e-filing.

☐ **BY FACSIMILE TRANSMISSION.** I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein. The facsimile machine used complies with Rule 2003 and no error was reported by the machine. Pursuant to Rule 2008(e), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

Executed on October 18, 2006, at Costa Mesa, California.

☒ **(Federal)**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Shelah Spiegel_
Shelah Spiegel

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

502761.1

4

STIPULATION AND [PROPOSED] ORDER

## SERVICE LIST

| | |
|---|---|
| **VIA E-MAIL AND FEDERAL EXPRESS:**<br><br>Sheryl Moulton<br>550 West Plumb Lane, Suite B-248<br>Reno, NV  89509<br>Phone:   775.232.2545 | sherylmoulton@aol.com<br>sherylmoulton@sbcglobal.net<br>ideasvc@hotmail.com |
| **VIA E-MAIL:**<br><br>Eric J. Gribbin<br>Andrea Hackett Heningsen<br>Scott J. Hyman<br>Regina Jill McClendon<br>Severson & Werson<br>One Embarcadero Center, Ste. 2600<br>San Francisco, CA  94111<br>Phone:   415.398.3344<br>Fax:        415.956.0439 | ahh@severson.com<br>ano@severson.com<br>ejg@severson.com,<br>mcl@severson.com<br>sjh@severson.com<br>nla@severson.com<br>dhd@severson.com |
| Amy Greenstein<br>Brenton S. Bean<br>Kilpatrick Stockton LLP<br>1100 Peachtree, Ste. 2800<br>Atlanta, GA  30309<br>Fax:        404.541.3314 | agreenstein@kilpatrickstockton.com<br>speltier@kilpatrickstockton.com |
| Steve W. Dollar<br>Ericksen Arbuthnot Kilduff Day & Lind<br>152 N. Third St., Ste. 700<br>San Jose, CA  95112<br>Fax:        408.286.0337 | nritz@eakdl.com |
| Julia B. Strickland<br>Marcos D. Sasso<br>Andrew W. Moritz<br>Stroock & Stroock & Lavan<br>2029 Century Park East, Ste. 1800<br>Los Angeles, CA  90067<br>Fax:        310.556.5959 | amoritz@stroock.com<br>jsepko@stroock.com<br>msasso@stroock.com<br>jstrickland@stroock.com |

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

502761.1

5

STIPULATION AND [PROPOSED] ORDER