*E-FILED*
11/20/06

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERYL MOULTON, | No. C 04-02485 JW (RS) |
| Plaintiffs, | |
| v. | **ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE** |
| AMERICREDIT FINANCIAL SERVICES, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Trans Union LLC, has requested that its client representative be excused from personally appearing at the settlement conference scheduled for November 27, 2006. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Trans Union's client representative be available by telephone from 9:30 a.m. Pacific Daylight Time until further notice on November 27, 2006.

If the court concludes that the absence of the client representative is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party, including the representative.

IT IS SO ORDERED.

Dated: 11/20/06

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Christopher Jason Battersby     c.battersby@mpglaw.com

Donald E. Bradley     d.bradley@mpglaw.com, k.reisner@mpglaw.com

Steve W. Dollar     nritz@eakdl.com

Amy Greenstein     agreenstein@kilpatrickstockton.com, speltier@kilpatrickstockton.com

Eric J. Gribbin     invalidaddress@invalidaddress.com

Andrea Hackett Henningsen     ahh@severson.com, ano@severson.com

Scott J. Hyman     sjh@severson.com, nla@severson.com

Andrew W. Moritz     Amoritz@Stroock.com, jsepko@stroock.com; msasso@stroock.com; LACalendar@stroock.com

Sheryl Moulton     sherylmoulton@aol.com, sherylmoulton@sbcglobal.net; ideasvc@hotmail.com

Marcos D. Sasso     msasso@stroock.com

Julia B. Strickland     jstrickland@stroock.com,

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

**AND A COPY OF THIS ORDER WAS MAILED TO:**

Jordan Jones, Esq.
Townsend and Townsend and Crew LLP
379 Lytton Avenue
Palo Alto, CA 94301

Dated: 11/20/06

CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

By:     /s/ *BAK*

2