**United States District Court**
For the Northern District of California

1

2

3                                                          **\*E-FILED\***
                                                            **11/20/06**
4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11   SHERYL MOULTON,                          No.  C 04-02485 JW  (RS)

12            Plaintiffs,

13   v.                                       **ORDER EXCUSING ATTENDANCE**
                                              **AT SETTLEMENT CONFERENCE**
14   AMERICREDIT FINANCIAL
     SERVICES, et al.,
15
              Defendants.
16   _____/

17   TO ALL PARTIES AND COUNSEL OF RECORD:

18          Citibank (South Dakota) N.A., has requested that its client representative be excused from

19   personally appearing at the settlement conference scheduled for November 27, 2006.  No opposition

20   was filed by any party.

21          Upon consideration of the request, the Court finds good cause for excusing personal

22   attendance.  Therefore, it is hereby ORDERED that Citibank's client representative be available by

23   telephone from 9:30 a.m. Pacific Daylight Time until further notice on November 27, 2006.

24          If the court concludes that the absence of the client representative is interfering with the

25   settlement conference, the Court may continue the settlement conference and may order personal

26   attendance by each party, including the representative.

27          IT IS SO ORDERED.

28   Dated:  11/20/06

                                              _____
                                              RICHARD SEEBORG
                                              United States Magistrate Judge

**United States District Court**

For the Northern District of California

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

2

3   Christopher Jason Battersby      c.battersby@mpglaw.com

4   Donald E. Bradley      d.bradley@mpglaw.com, k.reisner@mpglaw.com

5   Steve W. Dollar      nritz@eakdl.com

6   Amy Greenstein      agreenstein@kilpatrickstockton.com, speltier@kilpatrickstockton.com

7   Eric J. Gribbin      invalidaddress@invalidaddress.com

8   Andrea Hackett Henningsen      ahh@severson.com, ano@severson.com

9   Scott J. Hyman      sjh@severson.com, nla@severson.com

10   Andrew W. Moritz      Amoritz@Stroock.com, jsepko@stroock.com; msasso@stroock.com; LACalendar@stroock.com

11

Sheryl Moulton      sherylmoulton@aol.com, sherylmoulton@sbcglobal.net; ideasvc@hotmail.com

12

Marcos D. Sasso      msasso@stroock.com

13

Julia B. Strickland      jstrickland@stroock.com,

14

15   Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

16

17   **AND A COPY OF THIS ORDER WAS MAILED TO:**

18   Jordan Jones, Esq.
Townsend and Townsend and Crew LLP
19   379 Lytton Avenue
Palo Alto, CA 94301

20

21   Dated: 11/20/06

22

23                              CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

24

                            By:      /s/ *BAK*
25

26

27

28

2