1

**MUSICK, PEELER & GARRETT** LLP
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE 714-668-2447
FACSIMILE 714-668-2490

2

3

4   Donald E. Bradley (State Bar No. 145037)
    d.bradley@mpglaw.com
5   Christopher J. Battersby (State Bar No. 214234)
    c.battersby@mpglaw.com

6   Attorneys for TRANS UNION LLC

7

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10

11  SHERYL MOULTON,                    | Case No. C04-02485 JW (HRL)

12          Plaintiff,                 | Complaint Filed:  June 23, 2004

13       vs.                           | **STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF**

14  AMERICREDIT FINANCIAL              | **THE PRELIMINARY PRETRIAL**
    SERVICES, INC., ACF FINANCIAL      | **CONFERENCE AND EXTENSION**
15  SERVICES, INC., EXPERIAN           | **OF THE PRELIMINARY**
    INFORMATION SOLUTIONS, INC.,       | **PRETRIAL CONFERENCE**
16  TRANS UNION LLC, EQUIFAX,          | **STATEMENT DEADLINE**
    D/B/A EQUIFAX CREDIT
17  INFORMATION SERVICES, INC.,
    EQUIFAX INFORMATION
18  SERVICES, INC., DOES 1-10,

19          Defendants.

20

21

22  THE DEFENDANTS HERETO, BY AND THROUGH THEIR ATTORNEYS OF

23  RECORD, JOINTLY STIPULATE AS FOLLOWS:

24                       **RECITALS**

25          WHEREAS each of the Defendants have filed summary judgment

26  motions, which were heard on October 30, 2006.  The motions are currently under

27  submission.

28

509617.1                              1

1    WHEREAS on October 20, 2006, the Court rescheduled the

2  preliminary pretrial conference until November 27, 2006.  This was based on

3  Defendants' stipulation (filed on October 20, 2006), that the deadline for

4  preliminary pretrial conference statements should be extended to allow the Court to

5  first rule on Defendants' summary judgment motions.

6    WHEREAS on November 13, 2006, the Defendants filed a stipulation

7  to extend the preliminary pretrial conference statement deadline, because

8  Defendants' summary judgment motions remained pending.  On November 14,

9  2006, the Court continued the preliminary pretrial conference to December 18,

10  2006, and ordered that pretrial conference statements would be due 10 days in

11  advance.

12    WHEREAS until the Court rules on Defendants' summary judgment

13  motions, the parties will not know which claims, if any, will remain in the action.

14  **STIPULATION**

15    It is hereby stipulated by and between the Defendants to the above-

16  entitled action, acting through their respective attorneys of record, that the pretrial

17  conference and deadline for pretrial conference statements should be extended until

18  two weeks after the Court's ruling on Defendants' motions for summary judgment,

19  or vacated, to allow the Court to first rule on Defendants' motions for summary

20  judgment.

21  DATED:  December 5 2006          MUSICK, PEELER & GARRETT LLP

22

23                                By:

24                                   Christopher J. Battersby
                                   Attorneys for TRANS UNION LLC

25

26

27

28

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

509617.1                              2

STIPULATION AND [PROPOSED] ORDER

1

2    DATED: December 4th, 2006        KILPATRICK STOCKTON

3

4                                     By: _____

5                                     Amy Greenstein
                                      Attorneys for EQUIFAX INFORMATION
6                                     SERVICES, INC.

7    DATED: December    , 2006        SEVERSON & WERSON

8

9                                     By: _____
                                      Scott Hyman
10                                    Attorneys for AMERICREDIT
                                      FINANCIAL SERVICES, INC.

11   DATED: December    , 2006        STROOCK & STROOCK & LAVAN, LLP

12

13                                    By: _____
                                      Andrew W. Moritz
14                                    Attorneys for CITIBANK (SOUTH
                                      DAKOTA) N.A.

15

16                                    **ORDER**

17           Having read and considered the foregoing joint stipulation of the

     parties, and good cause appearing, it is hereby ordered:
18
             (1)    The preliminary pretrial conference is reset as follows:
19

20   _____.

21           Preliminary pretrial conference statements are due ten days before the

     preliminary pretrial conference.
22
             OR
23
             (2)    The preliminary pretrial conference date is vacated.
24
     **IT IS SO ORDERED**
25
     Dated: _____
26
                                      _____
27                                    The Honorable James Ware
                                      United States District Judge
28

1

2   DATED:  December   , 2006     KILPATRICK STOCKTON

3

4                         By:_____

5                            Amy Greenstein
                            Attorneys for EQUIFAX INFORMATION
6                            SERVICES, INC.

7   DATED:  December 5, 2006     SEVERSON & WERSON

8

9                         By:_____

10                        Scott Hyman
                        Attorneys for AMERICREDIT
                        FINANCIAL SERVICES, INC.

11  DATED:  December   , 2006     STROOCK & STROOCK & LAVAN, LLP

12

13                        By:_____

14                        Andrew W. Moritz
                        Attorneys for CITIBANK (SOUTH
15                        DAKOTA) N.A.

16                         **ORDER**

       Having read and considered the foregoing joint stipulation of the
17
parties, and good cause appearing, it is hereby ordered:
18
        (1)    The preliminary pretrial conference is reset as follows:
19
_____.
20
       Preliminary pretrial conference statements are due ten days before the
21
preliminary pretrial conference.
22
       OR
23
        (2)    The preliminary pretrial conference date is vacated.
24
**IT IS SO ORDERED**
25
Dated: _____     _____
26                        The Honorable James Ware
27                        United States District Judge

28

1

2  DATED:  December   , 2006        KILPATRICK STOCKTON

3

4                                  By:_____
                                      Amy Greenstein
5                                     Attorneys for EQUIFAX INFORMATION
                                      SERVICES, INC.
6
   DATED:  December   , 2006        SEVERSON & WERSON
7

8

9                                  By:_____
                                      Scott Hyman
10                                    Attorneys for AMERICREDIT
                                      FINANCIAL SERVICES, INC.
11  DATED:  December 05, 2006       STROOCK & STROOCK & LAVAN, LLP

12

13                                 By:_____
                                      Andrew W. Moritz
14                                    Attorneys for CITIBANK (SOUTH
                                      DAKOTA) N.A.
15                                         **ORDER**

16            Having read and considered the foregoing joint stipulation of the

17  parties, and good cause appearing, it is hereby ordered:

18            (1)    The preliminary pretrial conference is reset as follows:

19  January 22, 2007 @ 10:00 AM.

20            Preliminary pretrial conference statements are due ten days before the

21  preliminary pretrial conference.

22            OR

23            ~~(2)     The preliminary pretrial conference date is vacated.~~

24  **IT IS SO ORDERED**

25  Dated:  _12/7/2206_

26                                 _____
                                   The Honorable James Ware
27                                 United States District Judge

28

## PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is 650 Town Center Drive, Suite 1200, Costa Mesa, California 92626-1925.

On December 6, 2006, I served the foregoing document(s) described as **STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF THE PRELIMINARY PRETRIAL CONFERENCE AND EXTENSION OF THE PRELIMINARY PRETRIAL CONFERENCE STATEMENT DEADLINE** on the interested parties in this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

### PLEASE SEE ATTACHED LIST

☒ **BY E-SERVICE.** I caused such documents to be e-filed with the court who then serves such document via e-filing.

☐ **BY FACSIMILE TRANSMISSION.** I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein. The facsimile machine used complies with Rule 2003 and no error was reported by the machine. Pursuant to Rule 2008(e), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

Executed on December 6, 2006, at Costa Mesa, California.

☒ **(Federal)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Shelah Spiegel

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

509617.1

4

STIPULATION AND [PROPOSED] ORDER

1

## SERVICE LIST

| | |
|---|---|
| **VIA E-MAIL AND FEDERAL EXPRESS:**<br><br>Sheryl Moulton<br>550 West Plumb Lane, Suite B-248<br>Reno, NV  89509<br>Phone:   775.232.2545 | sherylmoulton@aol.com<br>sherylmoulton@sbcglobal.net<br>ideasvc@hotmail.com |
| **VIA E-MAIL:**<br><br>Eric J. Gribbin<br>Andrea Hackett Heningsen<br>Scott J. Hyman<br>Regina Jill McClendon<br>Severson & Werson<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA  94111<br>Phone:   415.398.3344<br>Fax:      415.956.0439 | ahh@severson.com<br>ano@severson.com<br>ejg@severson.com,<br>mcl@severson.com<br>sjh@severson.com<br>nla@severson.com<br>dhd@severson.com |
| Amy Greenstein<br>Brenton S. Bean<br>Kilpatrick Stockton LLP<br>1100 Peachtree, Suite 2800<br>Atlanta, GA  30309<br>Fax:      404.541.3314 | agreenstein@kilpatrickstockton.com<br>speltier@kilpatrickstockton.com |
| Steve W. Dollar<br>Ericksen Arbuthnot Kilduff Day<br>    & Lind<br>152 N. Third St., Suite 700<br>San Jose, CA  95112<br>Fax:      408.286.0337 | nritz@eakdl.com |
| Julia B. Strickland<br>Marcos D. Sasso<br>Andrew W. Moritz<br>Stroock & Stroock & Lavan<br>2029 Century Park East, Suite 1800<br>Los Angeles, CA  90067<br>Phone:   310.556.5896<br>Fax:      310.556.5959 | amoritz@stroock.com<br>jsepko@stroock.com<br>msasso@stroock.com<br>jstrickland@stroock.com |

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

5

STIPULATION AND [PROPOSED] ORDER