IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sheryl Moulton, | NO. C 04-02485 JW |
| Plaintiff, | **INTERLOCUTORY JUDGMENT** |
| v. | |
| Americredit Financial Services, Inc., et al., | |
| Defendants. | |
| _____/ | |

Pursuant to the Court's December 29, 2006 Order Granting Americredit and Trans Union's Motion for Summary Judgment, judgment is entered in favor of Defendants Americredit Financial Services, Inc., ACF Financial Services, Inc., and Trans Union, LLC, against Plaintiff Sheryl Moulton.

Dated:  December 29, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amy Greenstein agreenstein@kilpatrickstockton.com
Andrea Hackett Henningsen ahh@severson.com
Andrew W. Moritz Amoritz@Stroock.com
Christopher Jason Battersby c.battersby@mpglaw.com
Donald E. Bradley d.bradley@mpglaw.com
Eric J. Gribbin invalidaddress@invalidaddress.com
Julia B. Strickland jstrickland@stroock.com
Marcos D. Sasso msasso@stroock.com
Scott J. Hyman sjh@severson.com
Sheryl Moulton sherylmoulton@aol.com
Steve W. Dollar nritz@eakdl.com

Dated:  December 29, 2006                              **Richard W. Wieking, Clerk**

                                                                 **By:   /s/ JW Chambers**
                                                                            **Elizabeth Garcia**
                                                                              **Courtroom Deputy**

**United States District Court**
For the Northern District of California