IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sheryl Moulton,<br><br>            Plaintiff,<br>   v.<br><br>Americredit Financial Services, Inc., et al.,<br><br>            Defendants.<br>_____/ | NO. C 04-02485 JW<br><br>**ORDER TERMINATING SETTLEMENT COUNSEL PARTICIPATION IN THE ASSISTED SETTLEMENT CONFERENCE PROGRAM** |

The above-entitled action was placed in the Assisted Settlement Conference Program. Upon the application by Plaintiff, Settlement Counsel was designated to educate and assist the Plaintiff in preparation for, participation in, and follow up to a settlement conference in this case.

The settlement conference judge recently informed the Court that the settlement conference has concluded and that no further session or follow up is contemplated. Accordingly, the Court now removes this case from the Assisted Settlement Conference Program. This terminates any further responsibilities of Settlement Counsel in this case.

The Court extends its thanks to Settlement Counsel for counsel's efforts in the Assisted Settlement Conference Program, furthering the administration of justice in the Northern District of California.

Dated: December 29, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amy Greenstein agreenstein@kilpatrickstockton.com
Andrea Hackett Henningsen ahh@severson.com
Andrew W. Moritz Amoritz@Stroock.com
Christopher Jason Battersby c.battersby@mpglaw.com
Donald E. Bradley d.bradley@mpglaw.com
Eric J. Gribbin invalidaddress@invalidaddress.com
Julia B. Strickland jstrickland@stroock.com
Marcos D. Sasso msasso@stroock.com
Scott J. Hyman sjh@severson.com
Sheryl Moulton sherylmoulton@aol.com
Steve W. Dollar nritz@eakdl.com

Jordan Jones
Townsend and Townsend and Crew LLP
379 Lytton Avenue
Palo Alto, Ca 94301

**Dated:  December 29, 2006**               **Richard W. Wieking, Clerk**


                                            **By:   /s/ JW Chambers                    **
                                                   **Elizabeth Garcia**
                                                   **Courtroom Deputy**