STEVEN W. DOLLAR, ESQ.
Email: nritz@eakdl.com
DANIEL PAUL McKINNON, ESQ.
Email: EMcKinnon@eakdl.com
ERICKSEN, ARBUTHNOT, KILDRUFF,
    DAY & LINDSTROM
152 North Third Street, Suite 700
San Jose, CA 95112
Tel: (408) 286-0880
Fax: (408) 286-0337

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERYL MOULTON,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICREDIT FINANCIAL SERVICES, INC., ACF FINANCIAL SERVICES, INC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES LLC, CITIBANK (SOUTH DAKOTA), N.A. and DOES 1-50,<br><br>    Defendants. | Case No: CV 04-02485 JW HRL<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of Defendant EQUIFAX INFORMATION SERVICES LLC to substitute THOMAS P. QUINN, JR., California State Bar No: 132268, NOKES & QUINN, 450 Ocean Avenue, Laguna Beach, California, Telephone: (949) 376-3055, Fax: (949) 376-3070, tquinn@nokesquinn.com, as attorney of record in place and stead of STEVEN W. DOLLAR and/or DANIEL PAUL McKINNON of ERICKSEN, ARBUTHNOT, KILDRUFF, DAY & LINDSTROM is hereby _X_ GRANTED ____ DENIED.

Dated: _____

U.S. District Judge/U.S. Magistrate Judge

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 1 -

ORDER ON REQUEST FOR APPROVAL
OF SUBSTITUTION OF ATTORNEY