IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sheryl Moulton,<br><br>        Plaintiff,<br>  v.<br><br>Americredit Financial Services, Inc., et al.,<br><br>        Defendants. | NO. C 04-02485 JW<br><br>**ORDER RE: PLAINTIFF'S MOTION FOR RECONSIDERATION** |

Before the Court is Plaintiff's Motion for Reconsideration of the Court's December 29, 2006 Order granting summary judgment certain Defendants. (See Docket Item No. 328.) Plaintiff motion is improper pursuant to Civ. L.R. 7-9(a) (no party may notice a motion for reconsideration without first obtaining leave of Court to file the motion.) In addition, it does not appear that Plaintiff's motion is in compliance to Civ. L.R. 7-9(b). In light of Plaintiff's pro se status, the Court liberally construes Plaintiff's motion as a motion for leave to file reconsideration. The Court will examine Plaintiff's motion and address the merits of her assertions without a hearing pursuant to Civ. L.R. 7-9(d).

Dated: January 16, 2007

                                          JAMES WARE<br>
                                          United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amy Greenstein agreenstein@kilpatrickstockton.com
Andrea Hackett Henningsen ahh@severson.com
Andrew W. Moritz Amoritz@Stroock.com
Christopher Jason Battersby c.battersby@mpglaw.com
Donald E. Bradley d.bradley@mpglaw.com
Eric J. Gribbin invalidaddress@invalidaddress.com
Julia B. Strickland jstrickland@stroock.com
Marcos D. Sasso msasso@stroock.com
Scott J. Hyman sjh@severson.com
Sheryl Moulton sherylmoulton@aol.com
Steve W. Dollar nritz@eakdl.com
Thomas P. Quinn yhoman@nokesquinn.com

**Dated:  January 16, 2007**              **Richard W. Wieking, Clerk**

                                          **By:  /s/ JW Chambers**
                                                 **Elizabeth Garcia**
                                                 **Courtroom Deputy**

**United States District Court**
For the Northern District of California