SCOTT J. HYMAN (State Bar No. 148709)
sjh@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Ave., Suite 700
Irvine, CA  92612
Telephone:  (949) 442-7110
Facsimile:  (949) 442-7118

ANDREA H. HENNINGSEN (State Bar No. 167361)
ahh@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendant
AMERICREDIT FINANCIAL
SERVICES, INC. doing business in
California as ACF FINANCIAL
SERVICES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SHERYL MOULTON,<br><br>        Plaintiff,<br><br>    vs.<br><br>AMERICREDIT FINANCIAL SERVICES, INC., ACF FINANCIAL SERVICES, INC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, EQUIFAX, D/B/A EQUIFAX CREDIT INFORMATION SERVICES, INC., EQUIFAX INFORMATION SERVICES, INC.; DOES 1-10,<br><br>        Defendants. | Case No.:  C04 02485 JW<br><br>**STIPULATION BETWEEN PLAINTIFF AND DEFENDANT AMERICREDIT FINANCIAL SERVICES, INC. RE PLAINTIFF'S WITHDRAWAL OF MOTION FOR RECONSIDERATION, MOTION FOR CHANGE OF VENUE; MOTION TO SEVER; [PROPOSED] ORDER**<br><br>Date: April 30, 2007<br>Time: 10:00 a.m.<br>Dept.: 8<br>Judge: Hon. James Ware |

31085/0052/622284.1

1    IT IS HEREBY STIPULATED by and between Plaintiff Sheryl Moulton and

2 Defendant AmeriCredit Financial Services, Inc., as follows:

3    1.    Plaintiff agrees to withdraw her pending Motion to Reconsider the

4 Court's "Order Granting AmeriCredit's and TransUnion's Motion for Summary

5 Judgment, Granting in Part Equifax's Motion for Summary Judgment, and Denying

6 Citibank's Motion for Summary Judgment" currently scheduled for hearing on

7 April 30, 2007 with prejudice as against AmeriCredit only.

8    2.    Plaintiff agrees to withdraw her pending Motion for Change of Venue

9 currently scheduled for hearing on April 30, 2007 with prejudice as against

10 AmeriCredit only.

11    3.    Plaintiff agrees to withdraw her pending Motion to Sever currently

12 scheduled for hearing on April 30, 2007 with prejudice as against AmeriCredit

13 only.

14 IT IS SO STIPULATED.

15 DATED:  April 12, 2007

16
                                    By:  __/s/ Sheryl Moulton__
17                                            Sheryl Moulton

18                                    Plaintiff in pro per

19
   DATED:  April 13, 2007            SEVERSON & WERSON
20                                    A Professional Corporation

21

22                                    By:  _/s/ Scott J. Hyman___
                                             Scott J. Hyman
23
                                    Attorneys for Defendant
24                                  AMERICREDIT FINANCIAL
                                    SERVICES, INC. doing business in
25                                  California as ACF FINANCIAL
                                    SERVICES, INC.
26

27

28

31085/0052/622284.1

STIPULATION

1

**ORDER**

2

3       Plaintiff's Motion for Reconsideration, Motion for Change of Venue and

4    Motion to Sever, as to AmeriCredit's only, is hereby withdrawn.

5

6    IT IS SO ORDERED.

     DATED:   __ April 16 2007 ___

7

8                                                 HONORABLE JAMES WARE
                                                  United States District Court
9                                                 Northern District of California

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

31085/0052/622284.1

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action.  I am employed in the City of Irvine, California; my business address is Severson & Werson, 19100 Von Karman, Suite 700, Irvine, CA 92612.

On the date below I served a copy, with all exhibits, of the following document(s):

**STIPULATION BETWEEN PLAINTIFF AND DEFENDANT AMERICREDIT FINANCIAL SERVICES, INC. RE PLAINTIFF'S WITHDRAWAL OF MOTION FOR RECONSIDERATION, MOTION FOR CHANGE OF VENUE; MOTINO TO SEVER; [PROPOSED] ORDER**

on all interested parties in said case addressed as follows:

Sheryl Moulton
550 West Plumb Lane, Ste. B-248
Reno, NV 89509
PH: (775) 232-2545
**Plaintiff in pro per**
**SERVICE VIA FEDERAL EXPRESS**

Andrew W. Moritz
Marcos D. Sasso
Stroock & Stroock & Lavan LLP
2029 Century Park East, Suite 1800
Los Angeles, CA 90067
**Attorney for Citibank (South Dakota), N.A.**

Amy Greenstein
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530

Donald E. Bradley
Christopher Battersby
Musick, Peeler & Garrett LLP
650 Town Center Drive, Suite 1200
Costa Mesa, CA  92626
**Attorneys for Trans Union, LLC**

Thomas P. Quinn, Jr.
Nokes & Quinn
450 Ocean Ave.
Laguna Beach, CA 92651
PH: (949) 376-3055

Jeremy D. Hook
King & Spalding
1180 Peachtree St., N.E.
Atlanta, GA 30309
PH: (404) 572-4600
FX: (404) 572-5100

Barry Goheen
1180 Peachtree St., N.E.
Atlanta, GA 30309-3521
PH: (404) 572-4618

**Attorneys for Equifax Information Services, LLC.**

31085/0052/515265.1

1   ☑  **(BY MAIL)**  By placing the envelope for collection and mailing following our
ordinary business practices.

2

3   I am readily familiar with the firm's practice of collecting and processing
correspondence for mailing.  On the same day that correspondence is placed for
collection and mailing, it is deposited in the ordinary course of business with the
4   United States Postal Service in Irvine, California in sealed envelopes with postage
fully prepaid.

5

6   I declare under penalty of perjury under the laws of the United States of
America, State of California, that the foregoing is true and correct.  This declaration
is executed in Irvine, California, on April 13, 2007.

7

8                                          /s/ Melissa Montgomery
                                           Melissa Montgomery
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

31085/0052/515265.1