IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sheryl Moulton, | NO. C 04-02485 JW |
|     Plaintiff, <br> v. | **ORDER SETTING PRELIMINARY PRETRIAL CONFERENCE** |
| Americredit Financial Services, Inc., et al., | |
|     Defendants. | |

Since the Court has responded to the parties' motions for reconsideration of various Defendants' motions for summary judgment, the Court now sets a **Preliminary Pretrial Conference** for **November 5, 2007 at 11 AM.** Pursuant to the Civil Local Rule of Court, the parties shall meet and confer and file a Joint Preliminary Pretrial Statement by **October 26, 2007**. The statement, among other things, shall clearly set forth the remaining parties, claims, and defenses to be trial.

In addition, currently pending before the Court are the remaining Defendants' motion in limine to preclude Plaintiff's expert, Evan Hendricks. (See Docket Item Nos. 385 and 401.) The Court DENIES these motions as premature and without prejudice to being renewed before trial pursuant to the Court's order following the Preliminary Pretrial Conference.

This Order terminates Docket Item Nos. 385 and 401.

Dated: September 28, 2007

JAMES WARE  
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amy Greenstein agreenstein@kilpatrickstockton.com
Andrea Hackett Henningsen ahh@severson.com
Andrew W. Moritz Amoritz@Stroock.com
Barry Goheen bgoheen@kslaw.com
Christopher Jason Battersby c.battersby@mpglaw.com
Donald E. Bradley d.bradley@mpglaw.com
Eric J. Gribbin invalidaddress@invalidaddress.com
Julia B. Strickland jstrickland@stroock.com
Lewis P. Perling lperling@kslaw.com
Marcos D. Sasso msasso@stroock.com
Scott J. Hyman sjh@severson.com
Sheryl Moulton sherylmoulton@aol.com
Steve W. Dollar nritz@eakdl.com
Thomas P. Quinn yhoman@nokesquinn.com

**Dated: September 28, 2007**           **Richard W. Wieking, Clerk**

                                        **By:   /s/ JW Chambers            **
                                        **        Elizabeth Garcia**
                                        **        Courtroom Deputy**

**United States District Court**
For the Northern District of California