# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERYL MOULTON, | ) |
| Plaintiff, | ) Case No. CV 04-02485 JW HRL |
| vs. | ) ORDER OF DISMISSAL |
| | ) WITH PREJUDICE |
| AMERICREDIT FINANCIAL SERVICES, INC., ACF FINANCIAL SERVICES, INC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES LLC, CITIBANK (SOUTH DAKOTA), N.A. and DOES 1-50, | ) |
| Defendants. | ) |

Pursuant to a written stipulation entered into between the Plaintiff and Defendant Equifax Information Services LLC ("Equifax"), stating that the above-entitled action against Equifax has been fully and finally compromised and settled on the merits:

**IT IS HEREBY ORDERED** that any and all claims of the plaintiff against Equifax are hereby dismissed with prejudice, each of the parties to bear and pay all

costs and expenses incurred or to be incurred by each respectively in connection with said action.

This 18 day of December, 2007.

_James Ware_
Judge, United States District Court