STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
MARCOS D. SASSO (State Bar No. 228905)
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959

Attorneys for Defendant
  CITIBANK (SOUTH DAKOTA), N.A.

**GRANTED**
Judge James Ware
1/28/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHERYL MOULTON,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICREDIT FINANCIAL SERVICES, INC., doing business in California as ACF FINANCIAL SERVICES, INC., TRANS UNION LLC, EQUIFAX INFORMATION SERVICES LLC, CITIBANK (SOUTH DAKOTA), N.A. and DOES 1-50,<br><br>Defendants. | Case No. CV 04-02485 JW (HRL)<br><br>[Assigned to the Honorable James Ware]<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[Pursuant to Fed. R. Civ. Proc. 41(a)(1)]<br><br>Action Filed: June 23, 2004<br><br>AS TO DEFENDANT CITIBANK (SOUTH DAKOTA) N.A. |

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Sheryl Moulton ("Plaintiff") and defendant Citibank (South Dakota), N.A. ("Citibank"), that any and all claims of the Plaintiff against Citibank are hereby dismissed with prejudice. The parties further stipulate and agree that each and every claim of Plaintiff under her Complaint against Citibank has been fully resolved and that the effect of this Stipulation will be to dismiss the entire action against Citibank with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that the Court is hereby authorized and requested to execute and enter the Order of Dismissal, a copy of which is attached hereto, and to make all such orders and judgments which may be necessary and proper to dismiss the above-titled action against Citibank with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that each of the parties to this Stipulation shall bear their own attorneys' fees and costs incurred herein.

Dated: January 25, 2008

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
MARCOS D. SASSO

By: /s/ Marcos D. Sasso

Attorneys for Defendant
CITIBANK (SOUTH DAKOTA), N.A.

Dated: January 24, 2008

SHERYL MOULTON

By: /s/ Sheryl Moulton

Plaintiff, Pro Se

LA 51017851v1

- 1 -

STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO. C04-02485 JW (HRL)

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

    I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Suite 1800, Los Angeles, California 90067-3086.

    On January 25, 2008, I served the foregoing document(s) described as: **STIPULATION OF DISMISSAL WITH PREJUDICE** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

SEE SERVICE LIST ATTACHED

☒ **(VIA ELECTRONIC MAIL DELIVERY)** By causing the above listed document(s) to be delivered to the person(s) at the email address(es) set forth above.

☐ **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth below.

☐ **(VIA FACSIMILE)** By causing such document to be delivered to the office of the addressee via facsimile.

☒ **(VIA OVERNIGHT DELIVERY)** By causing such envelope to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express or by a similar overnight delivery service.

☒ I declare under penalty of perjury that the above is true and correct (and that I am employed in or by the office of a member of the bar of this Court at whose direction the service was made). Executed on January 25, 2008, at Los Angeles, California.

    Lori A. Reed                               /s/ *Lori A. Reed*
  [Type or Print Name]                            [Signature]

1

LA 51007252

## SERVICE LIST
Case No. CV 04-02485 JW (HRL)

**VIA EMAIL AND OVERNIGHT DELIVERY**:
Sheryl Moulton
550 West Plumb Lane, Suite B-248
Reno, NV 89509
Phone: 775.232.2545

sherylmoulton@aol.com
sherylmoulton@sbcglobal.net
ideasvc@hotmail.com

LA 5100725